RECEIVED

DEC 1 5 2006
Dec 15, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

OTHA B. ANDERSON
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

RICHARD DEVINE

PHIL CLINE

JOHN DOE #1  (HENDERSON)

ROBERT BULLINGTON

JOHN DOE #2  (R.Y. CALLAHAN)

JOHN DOE #3  (N. JAFFE)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**06CV6954**
**JUDGE KOCORAS**
**MAGISTRATE JUDGE DENLOW**

Case No:_____
(To be supplied by the Clerk of this Court)

JURY TRIAL DEMANDED

**CHECK ONE ONLY:**

X        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN       DIVISION

OTHA B. ANDERSON

_____

_____

CASE NO. _____

VS.

JURY TRIAL DEMANDED

(SUNIUS, T) JOHN DOE #4

GRAW, NANCY

BENOIT, THOMAS

BOMIC, JEAN

MOSER, WILLIAM

VANDERWAY, JOSEPH

HIGGINS, ROSEMARY

GALIVAN, DANIEL

NELSON, JAMES

BAIRD, CALLIE L.

WEISS, MAUREEN

O'MALLAY, JACK

WILLARD, TERRY

ALL DEFENDANTS IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITY. - - - -

**I.  Plaintiff(s):**

A.  Name:   *OTHA B. ANDERSON*

B.  List all aliases:   *NONE*

C.  Prisoner identification number:   *A-01815*

D.  Place of present confinement:   *STATEVILLE CORRECTIONAL CENTER*

E.  Address:   *ROUTE 53 / P.O. BOX 112; JOLIET, ILLINOIS 60434*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: *RICHARD DEVINE*

Title:   *COOK COUNTY STATE'S ATTORNEY*

Place of Employment:   *OFFICE OF THE COOK COUNTY STATE'S ATTORNEY*

B.  Defendant: *PHIL CLINE*

Title:   *COMMISSIONER / SUPERINTENDENT*

Place of Employment:   *CHICAGO POLICE DEPARTMENT HEADQUARTERS*

C.  Defendant: *JOHN DOE #1 (HENDERSON)*

Title:   *LIEUTENANT*

Place of Employment:   *UNIVERSITY OF CHICAGO POLICE*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D. DEFENDANT: BULLINGTON, ROBERT #351
   TITLE: UNIVERSITY OF CHICAGO POLICE OFFICER
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

E. DEFENDANT: CALLAHAN, R.Y.   JOHN DOE #2
   TITLE: UNIVERSITY OF CHICAGO POLICE OFFICER, SERGEANT
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

F. DEFENDANT: JAFFE, N.   JOHN DOE #3   #303
   TITLE: UNIVERSITY OF CHICAGO POLICE OFFICER
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

G. DEFENDANT: SUNUS, T.   JOHN DOE #4   #105
   TITLE: UNIVERSITY OF CHICAGO POLICE OFFICER
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

H. DEFENDANT: NANCY GRAW   #9504
   TITLE: CHICAGO POLICE OFFICER
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

I. DEFENDANT: JACK O'MALLEY
   TITLE: FORMER COOK COUNTY STATE'S ATTORNEY
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

J. DEFENDANT: TERRY HILLARD
   TITLE: FORMER SUPERINTENDENT
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT HEADQUARTERS

K. DEFENDANT: THOMAS BENOIT   #20129
   TITLE: CHICAGO POLICE DETECTIVE
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

L. DEFENDANT: JEAN ROMIC   #20383
   TITLE: CHICAGO POLICE DETECTIVE
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

M. DEFENDANT: WILLIAM MOSER   #20465
   TITLE: CHICAGO POLICE DETECTIVE
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

N. DEFENDANT: JOSEPH VANDERWAV    #1168
   TITLE: SERGEANT
   PLACE OF EMPLOYMENT: UNIVERSITY OF CHICAGO POLICE DEPARTMENT

O. DEFENDANT: ROSEMARY HIGGINS
   TITLE: ASSISTANT STATE'S ATTORNEY
   PLACE OF EMPLOYMENT: COOK COUNTY STATE'S ATTORNEY OFFICE

P. DEFENDANT: DANIEL GALIVAN
   TITLE: ASSISTANT STATE'S ATTORNEY
   PLACE OF EMPLOYMENT: COOK COUNTY STATE'S ATTORNEY OFFICE

Q. DEFENDANT: CALLIE L. BAIRD
   TITLE: ASSISTANT PUBLIC DEFENDER
   PLACE OF EMPLOYMENT: COOK COUNTY PUBLIC DEFENDER OFFICE

R. DEFENDANT: MAUREEN WEISS
   TITLE: ASSISTANT PUBLIC DEFENDER
   PLACE OF EMPLOYMENT: COOK COUNTY PUBLIC DEFENDER OFFICE

S. DEFENDANT: JAMES NELSON
   TITLE: ASSISTANT STATE'S ATTORNEY, FELONY REVIEW
   PLACE OF EMPLOYMENT: OFFICE OF THE COOK COUNTY STATE'S ATTORNEY OFFICE

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

I'VE WRITTEN TERRY HILLARD, PHIL CLINE, JACK O'MALLEY AND RICHARD DEVINE; U.S. DEPARTMENT OF JUSTICE; U.S. ATTORNEY; FEDERAL BUREAU OF INVESTION; UNIVERSITY OF CHICAGO POLICE.

2. What was the result?

GOVERNMENT OFFICIALS SAY NOT WITHIN THEIR JURISDICTION, OR TALK TO YOUR LAWYER BUT STATE, COUNTY AND LOCAL OFFICIALS FAIL TO COMMENT. UNIV. OF CHICAGO OFFICIAL SAY THEY ARE NOT A PARTY TO THE CLAIM AND THAT THEY GAVE EVERYTHING TO THE CHICAGO POLICE.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

N/A

D. If your answer is NO, explain why not:

TORT CLAIM OF OFFICIAL MISCONDUCT AND CONSPIRACY TO COVER IT UP BRADY V. MARYLAND VIOLATION w/ TORTFEASOR LIABILITY. WHILE UNDER COLOR OF LAW.

3

E.    Is the grievance procedure now completed?   YES ( )   NO (\)

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (\)   NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?   _N/A_

    _____

    _____

    _____

    2.    What was the result?   _N/A_

    _____

    _____

    _____

H.    If your answer is **NO**, explain why not:
TORT CLAIM OF OFFICIAL MISCONDUCT AND CONSPIRACY TO COVER IT UP WHEN THEY KNOWINGLY WITH-HELD EVIDENCE FAVORABLE TO THE PLAINTIFF: SUGGESTIVE POLAROIDS WHICH SHOWS PLAINTIFF SCREAMING FOR HELP IN SERIOUS PAIN/TORTURE. TORT FEASOR LIABILITY. WHILE UNDER COLOR OF LAW.

    _____

4

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: _ANDERSON V. FAIRMAN, ET, AL CASE No. 95 C 1651_

B.   Approximate date of filing lawsuit: _1995_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.   List all defendants: _J. W. FAIRMAN, ERNESTO VELASCO, J. W. Edwards, WAZNES, STAL._

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT, NORTHERN OF ILLINOIS_

F.   Name of judge to whom case was assigned: _Hon. CHARLES NORGLE_

G.   Basic claim made: _ASSAULTED(3), CORRUPTION, FAILURE TO PROTECT_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DISMISSED_

I.   Approximate date of disposition: _1997_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _ANDERSON V. OLLIE WASHINGTON_
   _CASE NO. UNKNOWN_

B. Approximate date of filing lawsuit: _____, 1998_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _OTHA ANDERSON_
   _____
   _____
   _____

D. List all defendants: _OLLIE WASHINGTON_
   _____
   _____
   _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS_

F. Name of judge to whom case was assigned: _CHARLES NORGLE, JR._
   _____

G. Basic claim made: _CORRUPTION_
   _____
   _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DISMISSED_
   _____
   _____

I. Approximate date of disposition: _1999_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _ANDERSON V. UNKNOWN CASE NO. 03-881-GPM_

B.  Approximate date of filing lawsuit: _2004_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _OYMA B. ANDERSON_

D.  List all defendants: _UNKNOWN_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS_

F.  Name of judge to whom case was assigned: _____

G.  Basic claim made: _FAILURE TO PROTECT, ASSAULT, ETC._

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _WITHDRAWN_

I.  Approximate date of disposition: _2004_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## STATEMENT OF CLAIM:

THIS IS A CIVIL ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES SPECIFICALLY AGAINST NAMED AND UN-NAMED UNIVERSITY OF CHICAGO POLICE; CHICAGO POLICE: PRESENT AND FORMER; STATE'S ATTORNEYS: PRESENT AND FORMER; PUBLIC DEFENDERS: FORMER CHARGING JOINT TORTFEASOR LIABILITY BECAUSE THEY DELIBERATELY AND KNOWINGLY CONSPIRED TO VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS WHEN PLAINTIFF WAS TORTURE AND SUGGESTIVELY PHOTOGRAPHED ON A RESIDENTIAL STREET BY UNIVERSITY OF CHICAGO POLICE OFFICIAL AND OFFICERS. WHEN CHICAGO POLICE DETECTIVE FURTHER IT BY COOPERATION OR REQUEST WHEN THEY TORTURE AND SUGGESTIVELY PHOTOGRAPHED PLAINTIFF IN A NARROW CORRIDOR PRIOR TO SINGLE SUGGESTIVE LINE UP. WHEN OFFICIAL AND DEFENSE LEND AID OR ENCOURAGEMENT TO THE WRONGDOER BY CONSPIRING TO COVER IT UP UNDER BRADY V. MARYLAND VIOLATIONS; SUBORN PERJURY. NOW COMES THE PLAINTIFF, BY AND THROUGH HIMSELF, PRO SE., AND FOR HIS "CIVIL ACTION COMPLAINT" AGAINST THE DEFENDANTS AND ALLEGE AND STATES AS FOLLOWS:

### NATURE OF ACTION

THIS IS AN ACTION BROUGHT ON BEHALF A STATE PRISONER, WHO IS A UNITED STATEAN, WHO UNDER "COLOR OF LAW," WERE SUBJECTED BY UNIVERSITY OF CHICAGO POLICE AND CHICAGO POLICE TO TORTURE, ABUSE AND SUGGESTIVE PHOTOGRAPHING WHILE OFFICIAL CONSPIRED TORTFEASOR TO COVER IT UP WITH SUBORN PERJURY AND BRADY V. MARYLAND VIOLATIONS. WHICH THEIR ACTION DELIBERATELY AND KNOWINGLY CAUSED PLAINTIFF TO RECEIVE TWO NATURAL LIFE WITHOUT THE POSSIBILITY OF PAROLE AND FIFTEEN YEARS TO BE SERVED CONSERVATIVE, TO WIT:

THE HABITUAL CRIMINAL STATUTE: ILL. REV. STAT. (1975) CH. 38 PAR. 33B-1. THEY TAMPERED WITH RECORDS, TRANSCRIPTS, DOCUMENTS. THIS "DISCRIMINATORY ACTION IS IN CLEAR VIOLATION OF THE UNITED STATES AND ILLINOIS CONSTITUTIONS AND THE "PLAINTIFF CONSTITUTIONAL RIGHTS.

JURISDICTION

THIS COURT HAS JURISDICTION OVER PLAINTIFF FEDERAL CLAIMS PURSUANT TO 28 U.S.C. §1343 AND 28 U.S.C. §1331.

VENUE

THE DISTRICT OF NORTHERN ILLINOIS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. §1391(b)(2) BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIMS OCCURRED IN THIS DISTRICT. PLAINTIFF ALSO INVOKE THE PENDENT JURISDICTION OF THIS COURT. AS "ALL" DEFENDANTS WERE ACTING UNDER "COLOR OF STATE LAW", AND DEPRIVED "PLAINTIFF OF HIS RIGHTS, PRIVILEGES AND IMMUNITIES AS SECURED BY THE UNITED STATES CONSTITUTION.

FACTUAL ALLEGATIONS

ON THE EARLY MORNING HOUR OF JUNE 11, 1993 AT APPROXIMATELY 12:15 A.M. PLAINTIFF WAS WALKING BUS ROUTE SOUTHBOUND ON HYDE PARK BLVD. WHEN PLAINTIFF REACHED 56TH HYDE PARK. PLAINTIFF WAS ACCUSTOMED BY UNIVERSITY OF CHICAGO POLICE OFFICER BULLINGTON #851. BEFORE PLAINTIFF KNEW IT, UNIVERSITY OF CHICAGO POLICE PATROL CARS START COMING FROM EVERY WHERE AT WHICH TIME PLAINTIFF WAS HANDCUFFED WITHOUT ANY ADVISEMENT

OF HIS MIRANDA V. ARIZONA WARNING. PLACE IN BACK SEAT OF PATROL CAR AND TRANSPORTED TO A RESIDENTIAL STREET AT 55TH CORNELL STREET TAKEN FROM PATROL CAR AND ABUSIVELY SITUATED IN FRONT OF PATROL CAR BY OFFICER BULLINGTON. JUST AS AN UNMARK CAR DROVE PASS US HEADED NORTHBOUND TO CORNER OF 55TH CORNELL AND U-TURN AROUND AND DROVE SOUTH ON AN ONE WAY NORTH BOUND STREET ON CORNELL RIGHT IN FRONT OF PLAINTIFF WITH BEAMING HEADLIGHTS ON PLAINTIFF FROM BOTH CARS. EXISTING UNMARK CAR WAS ONE UNIVERSITY OF CHICAGO POLICE LIEUTENANT HENDERSON (JOHN DOE #1) WITH A POLAROID CAMERA IN ONE HAND AND GRABBED HANDCUFFED PLAINTIFF BY THE COLLAR AGGRESSIVELY POSITIONING PLAINTIFF IN FRONT OF BEAMING HEADLIGHTS. LIEUTENANT HENDERSON ORDERED OFFICER BULLINGTON TO HOLD HANDCUFFS BUT TO STAND MORE TO SIDE OF PLAINTIFF AS OFFICER BULLINGTON APPLIED DOWNWARD PRESSURE ON HANDCUFFED WRISTS OF PLAINTIFF CAUSING PLAINTIFF TO FOLD-UP FROWNING AND SCREAMING AT THE TOP OF HIS LUNGS AS RESULT OF PAIN. LIEUTENANT HENDERSON TOOK A POLAROID PHOTOGRAPH OF PLAINTIFF WHILE OFFICER ROBERT ENTERED PLAINTIFF REAR LEFT BACK POCKET REMOVING PLAINTIFF WISCONSIN STATE PHOTO IDENTIFICATION CARD (APPLETON, WIS.) LIEUTENANT HENDERSON LAYED POLAROID ON HOOD OF HIS CAR. (A YOUNG WHITE MALE ON EASTBOUND OF 55TH CORNELL STREET IN A SCREEN ENCLOSE PORCH EASE OUT ONTO HIS STAIRS AND TOOK A SINGLE PHOTOGRAPH OF TORTURE AND SUGGESTIVE PHOTOGRAPHING OF PLAINTIFF THAN EASE BACK INTO HIS HOUSE) AS LIEUTENANT HENDERSON STARTED TO TAKE SECOND POLAROID, HE NOTICE SERGEANT R.Y. CALLAHAN AND OFFICER T. SUNUS #105 EXIT RESIDENTIAL APARTMENT BLDG. AT 5532 SOUTH CORNELL, C-D ESCORTING A MRS. JOANNE CURETON. LIEUTENANT HENDERSON UTTERED UH 'SHIT AND TOOK SECOND POLAROID AND LAYED IT ON HOOD OF HIS CAR NEXT TO FIRST POLAROID THEN RUSHING TO MRS. JOANNE CURETON WITH POLAROID CAMERA STILL IN HIS HAND TELLING MRS. JOANNE CURETON THANGS LIKE RAPE AND ROBBERIES AND TO STAY OUT OF

IT. PLAINTIFF WAS LEAD BACK TO PATROL CAR BACK SEAT BUT BEFORE BEING PLACE THERE OFFICER BULLINGTON TOLD OFFICER N. JAFFE #303 TO LETS SEARCH HIM BEFORE PUTTING PLAINTIFF IN CAR. OFFICER N. JAFFE #303 SAT IN PATROL CAR AT THE DRIVER SEAT AT WHICH TIME PLAINTIFF TOLD OFFICER N. JAFFE THAT WHAT HIS SUPERIOR HAD DONE WAS WRONG AND VIOLATED PLAINTIFF RIGHTS, THAT HE(OFFICER N. JAFFE #303) HAD TAKEN AN OATH TO SERVE AND PROTECT. OFFICER N. JAFFE SMILED AND REPLIED THAT WAS HIS BOSS, THAT HE COULDN'T DO NOTHING, THAT HE HAD ONLY BEEN ON THE JOB TWO WEEKS AND TOLD PLAINTIFF TO TELL OFFICER T. SUNIUS #105 WHO STOOD OUTSIDE OF THE DRIVER DOOR WHERE N. JAFFE SAT. PLAINTIFF REMAINED IN THE BACKSEAT OF PATROL CAR FOR AN UNDETERMINE PERIOD OF TIME. FINALLY, TWO FEMALE CHICAGO POLICE OFFICERS ARRIVED. P/O DENEEN #8113 AND P/O WICKS #5463 TRANSPORTED THE PLAINTIFF IN SILENCE TO THE TWENTY-FIRST DISTRICT POLICE STATION LOCKUP LOCATED AT 300 EAST 29TH STREET WHERE PLAINTIFF WAS SNAP SHOT PHOTOED. FINGER PRINTED AND PLACE IN A CELL WHERE PLAINTIFF REMAINED UNTIL THE NIGHT OF JUNE 11, 1993 APPROXIMATELY TEN O'CLOCK P.M. HOUR. DURING JURY TRIAL FOR 93 CR 15388 AGG. CRIM. SEXUAL ASSAULT. A P/O NANCY GRAND #4504 OF AREA ONE POLICE STATION AT 5101 SOUTH WENTWORTH TESTIFIED THAT SHE AND PARTNER P/O K. FELDING TRANSPORTED PLAINTIFF TO THE TWENTY-FIRST DISTRICT LOCKUP (B. 133-137) AND THAT PLAINTIFF TOLD HER THAT HE WAS UNEMPLOYED. PRE-SENTENCE INVESTIGATOR DARKER PROVIDED EVIDENCE THAT SHOWED PLAINTIFF IS SUPPORTED BY SOCIAL SECURITY DISABILITY BENEFITS. P/O NANCY GRAND COMMITTED SUBORN PERJURY DELIBERATELY AND KNOWINGLY.

ON THE NIGHT OF JUNE 11, 1993 APPROXIMATELY TEN O'CLOCK P.M. HOUR A DETECTIVE THOMAS BENOIT #20129 AND DETECTIVE JEAN ROMIC #20233 CAME AND SIGN PLAINTIFF OUT OF 21ST DISTRICT FOR TRANSPORT TO AREA 1 POLICE STATION LOCATED AT 5101 SOUTH WENTWORTH FOR A LINEUP. AN ARGUMENT ERUPTED BETWEEN DETECTIVE BENOIT AND THE DESK SERGEANT BECAUSE DETECTIVE BENOIT SIGNED

A DETECTIVE MOSER NAME TO LOG BOOK WHO WASN'T EVEN THERE
THE PLAINTIFF WAS TRANSPORTED TO AREA 1 BUT ONCE THERE
PLAINTIFF WAS IMMEDIATELY RUSHED TO A SECLUDED NARROW
CORRIDOR WITH OFFICES ON THE RIGHT SIDE AND WALL ON LEFT
WITH AN EXIT DOOR STRAIGHT AHEAD WHERE PLAINTIFF WAS
LEAD TO THIS WHITE EXIT DOOR BY DETECTIVE JEAN ROMIC
WHILE DETECTIVE BENOIT ENTERED AN OFFICE ONLY TO RETURN
WITH A POLAROID CAMERA IN HIS HAND, AS DETECTIVE ROMIC HELD
PLAINTIFF FROM REAR IN SAME SIMILAR AWKWARD POSITION AS
THE UNIVERSITY OF CHICAGO POLICE OFFICER BULLINGTON HAD HELD
PLAINTIFF. AS DETECTIVE ROMIC APPLIED DOWNWARD PRESSURE TO
PLAINTIFF HANDCUFFED WRISTS CAUSING ABUSIVE PAIN REVEALING
FROWED FACIAL EXPRESSION IN A BENDOVER POSITION HOLLOWING
AS RESULT OF PAIN. DETECTIVE BENOIT TOOK TWO POLAROID PHOTO-
GRAPHS OF PLAINTIFF THEN RE-ENTERED OFFICE ONLY TO RETURN
WITHOUT CAMERA AT WHICH TIME PLAINTIFF WAS THEN LEAD THROUGH
THIS SAME EXIT DOOR UPSTAIRS FOR A SINGLE SUGGESTIVE LINEUP.
    DETECTIVE BENOIT GAVE PERJURED TESTIMONY IN BOTH TRIALS:
93 CR 15388 AGGRA CRIM SEXUAL ASSAULT / ATT ARMED ROBBERY AND
93 CR 15389 ARMED ROBBERY / UNLAWFUL RESTRAINT. WHEN HE TESTIFIED
THAT HE WAS IN HIS OFFICE AT AREA 1 WHEN HE RECEIVED A PHONE
CALL THAT THERE WAS A SUSPECT IN CUSTODY AT THE TWENTY-FIRST
DISTRICT THAT HE RETRIEVED PHOTOGRAPHS OF MALE BLACKS FROM
HIS DESK DRAW BASE ON THE DESCRIPTION PROVIDED TO HIM THEN
PROCEDED TO THE TWENTY-FIRST DISTRICT LOCKUP AT TWO O'CLOCK
AM ON JUNE 11, 1993 AND TOOK POLAROID OF PLAINTIFF FOR PHOTO ARRAY.
(B.140 - B.141). THAT HE THEN WENT TO RHONDA COLEMAN HOUSE AND
SHOWED HER THE PHOTO ARRAY WHICH SHE PICK THE PLAINTIFF.
THE POLAROID THAT DETECTIVE BENOIT ENTERED INTO AS IDENTIFICATION
IN PEOPLE GROUP EXHIBET NO. 1 IS ACTUALLY ONE OF TWO SUGGESTIVE
POLAROID TAKEN OF PLAINTIFF BY EXIT DOOR AT AREA ONE ON THE NIGHT
OF JUNE 11, 1993 DURRING THE TEN O'CLOCK P.M. HOUR AND IF COMPARED
TO OTHER MALE BLACKS IN PHOTO ARRAY RESEMBLENCE CAN BE SEEN

10

WITH THIS BEING TRUE. WHAT PHOTOGRAPH OF PLAINTIFF DID THEY SHOW RHONDA COLEMAN SINCE THE ONLY PHOTOGRAPHS OF PLAINTIFF AT TWO O'CLOCK AM ON JUNE 11, 1993 THAT WERE AVAILABLE ARE THE SUGGESTIVE POLAROIDS OF PLAINTIFF TAKEN ON A RESIDENTIAL STREET BY THE UNIVERSITY OF CHICAGO POLICE AND PLAINTIFF WISCONSIN STATE PHOTO IDENTIFICATION CARD? PLAINTIFF WAS IN CUSTODY AND COULD HAVE BEEN MADE AVAILABLE FOR A LINEUP. PLAINTIFF TRIAL COUNSEL'S ASSISTANT PUBLIC DEFENDERS CALLIE L. BAIRD AND MAUREEN WEISS KNEW THESE MATERIAL FACTS BUT FAIL TO INVESTIGATE; FAIL TO CROSS-EXAMINE DETECTIVE BENOIT ABOUT WHY PLAINTIFF PHOTO IN PHOTO ARRAY IS SO DIFFERENT THAN ALL OTHER PHOTOGRAPHS OF PLAINTIFF? THEY FAIL TO IMPEACH BUT CALLOUSLY CHOOSE TO BE JOINT TORTFEASOR IN VIOLATING PLAINTIFF CONSTITUTIONAL RIGHTS.

FOLLOWING SUGGESTIVE LINEUP, PLAINTIFF WAS RETURNED TO A ROOM WHERE HE REMAINED FOR AN UNDETERMINED PERIOD OF TIME UNTIL DETECTIVE BENOIT CAME TO ESCORT PLAINTIFF TO MR. JIM NELSON, ASSISTANT STATE'S ATTORNEY-FELONY REVIEW UNIT FOR INTERROGATION. PLAINTIFF MADE NO STATEMENT DESPITE DETECTIVE BENOIT, WHO KEPT FLASHING PLAINTIFF WISCONSIN STATE PHOTO IDENTIFICATION CARD IN PLAINTIFF FACE, REPEATING TO PLAINTIFF THAT WE GOT YOU, PLAINTIFF AT THIS POINT, TURN TO MR. JIM NELSON, ASA AND TOLD HIM THAT IS MY WISCONSIN STATE PHOTO ID CARD WHICH HE OBSERVED BEING HELD BY DETECTIVE BENOIT, WHO WENT ON TO TELL PLAINTIFF THAT HE WAS GOING TO GET A PUBLIC DEFENDER FRESH OUT OF CHARM SCHOOL NOT KNOWING NOTHING, NOT KNOWING WHAT HE'S DOING AND PLAINTIFF IS GOING TO WISH THAT HE HAD TALK TO US. AFTER INTERROGATION DETECTIVE BENOIT AND DETECTIVE POMER TRANSPORTED PLAINTIFF BACK TO THE TWENTY-FIRST DISTRICT LOCKUP WHERE PLAINTIFF REMAINED UNTIL THE MORNING OF JUNE 12, 1993 AT WHICH TIME PLAINTIFF WAS TRANSPORTED TO THE CRIMINAL COURT BUILDING AT 2600 SOUTH CALIFORNIA FOR AN ARRAIGNMENT/BOND HEARING: NO BOND REMAND TO THE CUSTODY OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS.

ROSEMARY HIGGINS, ASSISTANT STATE'S ATTORNEY MADE PREJUDICAL INFLAMMATORY AND ERRONEOUS STATEMENTS IN CLOSING ARGUMENTS DESIGN TO AROUSE THE PREJUDICES AND PASSIONS OF THE JURY, THEREBY PREJUDICING THE DEFENDANT RIGHT TO A FAIR TRIAL. ROSEMARY HIGGINS, ASA TOLD THAT RHONDA COLEMAN PANTIES HAD DEFENDANT BLOOD ON THEM. TR. D. 29-31 - - - WHEN IN FACT THERE WASN'T ANY SEROLOGY EVIDENCE NOR EXPERT WITNESS TESTIMONY PRESENTED TO LINK PLAINTIFF TO 38-12-14-A (2) AGGRAVATED CRIMINAL SEXUAL ASSUALT, ATTEMPTED ARMED ROBBERY. ROBERT DOYLE, A CHICAGO POLICE EVIDENCE TECHNICIAN TESTIFIED THAT HE WAS IN CHARGE OF THE COLLECTION AND PRESERVATION OF EVIDENCE REGARDING THE INSTANT CASE (B. 111→ B. 112). MR. DOYLE TESTIFIED HE TOOK PHOTOGRAPHS OF CRIME SCENE AND EXAMINE VARIOUS OBJECTS FOR FINGERPRINTS ON OBJECTS THAT THE ASSAILANT MIGHT HAVE TOUCHED (B. 116-118). HE WAS, HOWEVER, UNABLE TO PICK UP ANY PRINTS FROM THE ITEMS THAT HE DUSTED (B. 123). ON DIRECT APPEAL PROTASE M. TINKA, ASSISTANT PUBLIC DEFENDER AMENDED 95-1686 BRIEF AND ARGUMENT BECAUSE 95-0108 HAD ALREADY BEEN FILED TO SHOW THAT A CHICAGO POLICE PATROL CAR WAS SENT TO RHONDA COLEMAN HOUSE SEVENTEEN HOURS AFTER PLAINTIFF WAS ARRESTED TO RETRIEVE A PAIR OF LADY'S RED PANTIES WHICH RHONDA COLEMAN HAD IN A DRAW WITH OTHER GARMENTS. NOT ONLY WERE LADY'S RED PANTIES CONTAMINATED BUT WERE FRUIT OF A POISON TREE. DETECTIVE MOSER THAT HE RETRIEVED LADY'S RED PANTIES FROM RHONDA COLEMAN WHICH IS PERJURED TESTIMONY. HE ALLEGE THAT ON THE EARLY MORNING OF JUNE 11, 1993 WHEN DETECTIVE BENOIT WERE SHOWING PHOTOGRAPHS OF PLAINTIFF THAT HE RETRIEVED LADY'S RED PANTIES. SERGEANT JOSEPH VANDERWAY OF THE UNIVERSITY OF CHICAGO POLICE TESTIFIED THAT HE AND OTHER MEMBERS OF THE UNIVERSITY OF CHICAGO POLICE IN CONJUNCTION WITH THE CHICAGO POLICE WENT TO RHONDA COLEMAN HOUSE AT TWO O'CLOCK AM ON THE MORNING OF JUNE 11, 1993 AND SHOWN RHONDA COLEMAN PHOTOGRAPHS OF PLAINTIFF BUT TRIAL TRANSCRIPT HAVE DELETED THIS AND EVEN LIST JOSEPH VANDERWAY WHO WAS A STATE WITNESS AS A DEFENSE WITNESS DESPITE THE FACT PLAINTIFF CALLED NO WITNESSES. JOHN DOE #1 TOOK THE WITNESS STAND AND CHANGE HIS NAME SEVERAL TIME UNTIL HE SAID GRAND AND ROSEMARY HIGGINS. ASA NODDED "YES" THEN HE WENT

ON TO STATE THAT HE CAME INTO THE TWENTY-FIRST DISTRICT LOCKUP AND TOOK PHOTOGRAPHS OF PLAINTIFF AND THEN WENT TO SHOW THE WITNESS. JOHN DOE WAS MALE WHITE; BLACK CURLY HAIR; SLIM PHYSICAL COMPOSITION WORE BURGUNDY LEATHER BLAZER JACKET, BLACK SHIRT AND BLACK PANTS. JOHN DOE DO NOT APPEAR IN TRIAL TRANSCRIPT.

PLAINTIFF HAVE TRIED TO ADDRESS THIS MATTER WITH SUPERINTENDENT TERRY HILLARD; RICHARD DEVINE, JACK O'MALLAY AND PHIL CLINE WHICH EACH DEFENDANT REFUSE TO ACKNOWLEDGE ANY WRONGDOING.

## CAUSE OF ACTION

PLAINTIFF SUPPORT THESE GENERIC CLAIMS WITH REFERENCE TO THE FOLLOWING PARAGRAPHS OF THIS COMPLAINT.

## COUNT I

JOINT TORTFEASOR LIABILITY ARISES WHEN PERSONS WHO IN PURSUANCE OF A COMMON PLAN OR DESIGN TO COMMIT A TORTIOUS ACT. ACTUALLY TAKE PART IN IT, OR FURTHER IT BY COOPERATION OR REQUEST, OR WHO LEND AID OR ENCOURAGEMENT TO THE WRONGDOER, OR RATIFY AND ADOPT HIS ACTS DONE FOR THEIR BENEFITS ARE EQUALLY LIABLE WITH HIM, DEFENDANTS.

## COUNT II

DEFENDANTS N. JAFFE, SERGEANT R.Y. CALLAHAN, T. SUNUS ARE LIABILITY BECAUSE THEY FAIL TO DETER OFFICER BULLINGTON AND LIEUTENANT HENDERSON WHO, IN THEIR PRESENCE TORTURE AND TOOK SUGGESTIVE PHOTOGRAPH OF PLAINTIFF WHILE IN CUSTODY ON A RESIDENTIAL STREET. THEY ARE UNIVERSITY OF CHICAGO POLICE WHO WERE GIVEN THE BADGE OF AUTHORITY OF A POLICE OFFICER AND THEY DELIBERATELY AND KNOWINGLY IGNORED THE DUTY IMPOSED BY HIS OFFICE AND FAIL TO STOP OTHER OFFICERS WHO SUMMARLY PUNISH A THIRD PERSON IN HIS PRESENCE.

## COUNT III

13

SUPERVISORY PERSONNEL ARE PROPER PARTY - DEFENDANTS TO
A SECTION 1983 ACTION WHERE THE PLAINTIFFS CONSTITUTIONAL
RIGHTS VIOLATED AS A RESULT OF POLICE BEHAVIOR WHICH IS THE
PRODUCT OF THE ACTIVE ENCOURAGEMENT AND DIRECTION OF THEIR
SUPERIOR OR AS A RESULT OF THE SUPERIORS MERE ACQUIESENCE
IN SUCH BEHAVIOR.

### COUNT IV

ALL DEFENDANTS ARE TORTFEASOR LIABELITY BECAUSE! EVERY PERSON
WHO, UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR
USAGE, OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA,
SUBJECTS, OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED
STATES OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE
DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED
BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY
INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER
PROCEEDING FOR REDRESS. - - -

### COUNT V

DEFENDANTS VIOLATED PLAINTIFF CONSTITUTIONAL RIGHTS
UNDER FIRST, FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH
AMENDMENT OF THE UNITED STATES CONSTITUTION AND THE
ILLINOIS CONSTITUTION.

### VI. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

1. DECLARE THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN
VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS
OF THE UNITED STATES.

2. ENTER PRELIMINARY AND PERMANENT INJUNCTIONS ORDERING
DEFENDANTS RICHARD DEVINE; PHIL CLINE; LIEUTENANT HENDERSON;
ROBERT BULLINGTON; R.Y. CALLAHAN; N. JAFFE; T. SLINUS; NANCY GRAND;
JACK O'MALLAY; TERRY HILLARD; THOMAS BOUDET; JEAN POMEC;
WILLIAM MOSER; JOSEPH VANDERWAY; ROSEMARY HIGGENS; DANIEL
GALIVAN; CALLIE L. BAIRD; MAUREEN WEISS; JAMES NELSON

14

THEIR SUCCESSORS, AGENTS, EMPLOYEE'S AND ALL PERSONS ACTING IN CONCERT WITH THEM TO PRODUCE THE SUGGESTIVE POLAROIDS AND PLAINTIFF WISCONSIN STATE PHOTO IDENTIFICATION CARD WHICH WAS TAKEN BY UNIVERSITY OF CHICAGO POLICE ON A RESIDENTIAL STREET AND TO PRODUCE THE TWO SUGGESTIVE POLAROIDS TAKEN BY DETECTIVE POMER AND BENOIT IN A NARROW CORRIDOR AT AREA 1 POLICE STATION JUST PRIOR TO SUGGESTIVE LINEUP AND/OR TO PAY PLAINTIFF THE SUM OF $100,000,000.00 (ONE HUNDRED MILLION DOLLARS PUNITIVE DAMAGES AND COMPENSATORY DAMAGES.

3. ENTER JUDGMENT IN FAVOR OF PLAINTIFF FOR INJUNCTION, PUNITIVE AND COMPENSATORY DAMAGES, AS ALLOWS BY LAWS, AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY:

    INJUNCTION RELIEF: STOP WITH-HOLDING SUGGESTIVE PHOTOGRAPHS.
    PUNITIVE DAMAGE: $100,000,000.00
    COMPENSATORY DAMAGE: $100,000,000.00
    COURT COST, FILING FEE AND ANY/ALL EXPENSIVES.

4. ORDER SUCH ADDITIONAL RELIEF AS THIS COURT MAY DEEM JUST AND PROPER IN THE INTEREST OF JUSTICE AND FUNDAMENTAL FAIRNESS.

<u>CERTIFICATION</u>

BY SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BE SUBJECT TO SANCTION BY THE COURT.

SIGNED THIS 11TH DAY OF DECEMBER , 2006

Mr. Otha B. Anderson
SIGNATURE OF PLAINTIFF

MR. OTHA B. ANDERSON
PRINT NAME

#A-01815
ID NUMBER

STATEVILLE CORRECTIONAL CENTER

ROUTE 53 / P.O. BOX 112

JOLIET, ILLINOIS 60434
ADDRESS

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11TH DAY OF DECEMBER 2006
Phyllis Baker
NOTARY PUBLIC

OFFICIAL SEAL
Phyllis Baker
Notary Public, State of Illinois
My Commission Exp. 01/21/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN          DIVISION

OTHA B. ANDERSON,
          PLAINTIFF,

          VS.                                    CASE NO. —————————

RICHARD DEVINE, EL. AL.
          DEFENDANTS.

### NOTICE OF FILING

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET - ROOM 1505B
CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE THAT ON DECEMBER 11TH, 2006 I HAVE FILED WITH
THE CLERK OF THE COURT ONE ORIGINAL AND TWENTY-TWO COPIES OF A
1983 CIVIL RIGHT COMPLAINT; MOTION FOR APPOINTMENT OF COUNSEL W/
SUPPORT EXHIBITS; FORMA PAUPERIS W/SIX MONTHS FINANCIAL STATEMENTS
OF WHICH IS HEREBY SERVED UPON YOU.

### CERTIFICATE OF SERVICE

OTHA B. ANDERSON, BEING FIRST DULY SWORN ON OATH DEPOSES AND SAYS
THAT HE HAS SERVED THE WITHIN NOTICE UPON THE ABOVE NAMED PERSON
BY PLACING A TRUE AND CORRECT COPY OF SAID NOTICE IN AN ENVELOPE.
EACH ADDRESSED AS SHOWN ABOVE AND SEALED SAID ENVELOPES PROPER
AND FULLY PREPAID U.S. POSTAGE ON EACH, AND DEPOSITED SAID ENVELOPES
SO ADDRESS, SEALED AND STAMPED IN THE U.S. MAIL AT THE STATEVILLE
CORRECTIONAL CENTER, MAIL SYSTEM AT OR ABOUT THE HOUR OF 10 O'CLOCK
P.M. ON THE 11TH DAY OF DECEMBER, 2006.

                    /s/ MR. OTHA B. ANDERSON #A-01815
                    NAME: MR. OTHA B. ANDERSON
                    IDD#: A-01815
                    STATEVILLE CORRECTIONAL CENTER
                    ROUTE 53 / P.O. BOX 112
                    JOLIET, ILLINOIS 60434
                    ADDRESS

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11th DAY OF December 2006.

Phyllis Baker
NOTARY PUBLIC

"OFFICIAL SEAL"
Phyllis Baker
Notary Public, State of Illinois
My Commission Exp. 01/21/2007